Albert CROSBY, Appellant,

v.

**PENNSYLVANIA BOARD
OF PROBATION AND
PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Sept. 19, 1995.

*ORDER*

PER CURIAM.

AND NOW, this 19th day of September, 1995, the Order of the Commonwealth Court is hereby affirmed. It is further ordered that Appellee's Motion to Quash Appellant's Motion for Special and Summary Relief is hereby granted.

MONTEMURO, J., is sitting by designation.